Yellow Terminals, Inc., a Corporation Organized Under Laws of State of Delaware, Plaintiff-Appellee, v. Watson Brothers Transportation Company, Inc., a Corporation Organized and Existing Under Laws of State of Nebraska, Defendant-Appellant.

Gen. No. 45,897. (Abstract of Decision.)

Sherwin & Sherwin, for appellant; Julius L. Sherwin, and Theodore R. Sherwin, of counsel; McBride & McLennon, for appellee; Thomas G. McBride, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 5, 1954; rehearing denied and opinion modified June 11, 1954; released for publication June 15, 1954.

Anna Stueve, Appellant, v. Charles Hoffman, Appellee.

Gen. No. 46,211. (Abstract of Decision.)

Robert J. Rafferty for appellant; Lord, Bissell & Kadyk, for appellee; Gordon R. Close, and Richard E. Mueller, of counsel. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 5, 1954; released for publication June 15, 1954.

Harry Halgren and Alma Halgren, Appellees, v. James Meyer and James Kane, and Kane Storage Warehouse, Appellants.

Gen. No. 46,225. (Abstract of Decision.)

Crowe, Yates, Abrahamson & Fisk, for appellants; Burt A. Crowe, of counsel; John J. Kennelly, and Joseph B. Quinn, for appellees. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed May 5, 1954; released for publication June 15, 1954.